# IOS IMESSAGE/SMS/MMS

| | |
|---|---|
| **CHAT PARTICIPANTS** | |
| Number of participants | 2 |
| Display names | [redacted] (franks)<br>Local User <00008112-000468222E9A601E_files_full.zip> |
| Local user | Local User <00008112-000468222E9A601E_files_full.zip> |
| **CONVERSATION DETAILS** | |
| Number of messages | 49289 |
| First message sent date/time | 11/16/2020 6:59:54.000 PM |
| Last message sent date/time | 9/24/2025 7:33:53.000 AM |
| Case time zone | UTC |

---

[redacted]

↘ Received
5/30/2025 4:01:24.000 AM

☐☐Hey momma! Sorry its so last minute but could the guys and I stay at the malibu house tomorrow night still? If not its totes fine. [redacted] would drive the three of us there and then on Saturday i was thinking I could come to our urrent house in westlake, and [redacted] would take the train back here to [redacted] is staying at his place for the next 4 days i think so he could drop me at the westlake house! ❤️ I can look at train tickets to come back to [redacted] on Sunday! If any of that doesnt work for you then no worries at all🥰

↖ Sent

**Local User <00008112-000468222E9A601E_files_full.zip>** 5/30/2025 4:06:10.000 AM

W☐Oh wow I was thinking about that today and meant to tell you that I don't think it's a good idea to come to malibu house because there are showings all weekend long.. even one today in fact.
B may be leaving for a business trip on Saturday or Sunday and I made plans with P[redacted] but can change them if you want to come home!
I just thought you'd be exhausted from your week and prepping for next week and want to stay there with [redacted]
If you really want to come home then let me know and maybe you and I can stay in Westlake Inn while B preps for his trip.
I miss you so much too😞 💕 💕

↖ Sent

**Local User <00008112-000468222E9A601E_files_full.zip>** 5/30/2025 7:14:05.000 PM

�Animation sounds cool!! Just went to house to get more stuff before the next few showings today and this weekend, now we're at a Best Buy cause B needs tech stuff and then going to lunch!
Miss my baby so much and love you mostest 💕 💕 💕