TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
MONICA E. TAIT (Cal. Bar No. 157311)
Assistant United States Attorney
Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2931
Facsimile: (213) 894-6296
E-mail: Monica.Tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCINDA JANE WEIST MANERA,<br><br>Defendant. | No. 2:25-CR-00863-DSF<br><br>STIPULATION REGARDING [redacted] MANERA AND [redacted] MANERA |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Monica E. Tait, and defendant LUCINDA JANE WEIST MANERA ("defendant"), personally and by and through her counsel of record, JAMES E. BLATT, hereby stipulate as follows:

1. At all relevant times in 2025, defendant's daughters were adults, and their names were [redacted] anera and [redacted]Manera.

2. [redacted] Manera's phone number was [redacted]. Defendant communicated with [redacted] Manera on defendant's digital device(s), and named the contact for [redacted] Manera in defendant's

digital device(s) as "Franks," and sometimes referred to [redacted] Manera as "Franks" or "Frankie."

[redacted]

4. In electronic messages she exchanged with [redacted] and [redacted] Manera, defendant referred to Bernhard Eugen Fritsch as "B."

5. The parties agree and stipulate that this stipulation shall

//

be entered into evidence and be read to the jury during the trial in this matter.

IT IS SO STIPULATED.

DATED: June 25, 2026

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division

/s/ Monica E. Tait

MONICA E. TAIT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: June 25, 2026

Lucinda Jane Weist Manera

LUCINDA JANE WEIST MANERA
Defendant

DATED: June 25, 2026

JAMES E. BLATT
Attorney for Defendant
LUCINDA JANE WEIST MANERA